

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

AERIAN PORTER-CRAIG,

Defendant.

_____/

Case: 2:24-cr-20558
Assigned To : Grey, Jonathan J.C.
Referral Judge: Patti, Anthony P.
Assign. Date : 10/1/2024
Description: IND USA V AERIAN PORTER-CRAIG (SS)

<u>Violation:</u>
21 U.S.C. § 841(a)(1)

## <u>Indictment</u>

The Grand Jury charges that:

## <u>Count One</u>
### Distribution of a Controlled Substance; Resulting in Death
### 21 U.S.C. § 841(a)(1)

On or about June 9, 2023, in the Eastern District of Michigan, the defendant,

AERIAN PORTER-CRAIG, knowingly and intentionally distributed a controlled

substance, that is, a mixture and substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as

fentanyl, a Schedule II controlled substance, and a detectable amount of cocaine, a

Schedule I controlled substance, in violation of Title 21, United States Code,

Section 841(a)(1) and 841(b)(1)(C).

It is further alleged that the death of another person, "Victim 1"and "Victim

2," whose identities are known to the Grand Jury, resulted from the use of the

controlled substance so distributed, in violation of the enhanced penalty provisions
of Title 21, United States Code, Section 841(b)(1)(C).

**Count Two**
**Distribution of a Controlled Substance; Resulting in Death**
**21 U.S.C. § 841(a)(1)**

On or about June 9, 2023, in the Eastern District of Michigan, the defendant,
AERIAN PORTER-CRAIG, knowingly and intentionally distributed a controlled
substance, that is, a mixture and substance containing a detectable amount of N-
phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as
fentanyl, a Schedule II controlled substance, and a detectable amount of cocaine, a
Schedule I controlled substance, in violation of Title 21, United States Code,
Section 841(a)(1) and 841(b)(1)(C).

It is further alleged that the death of another person, "Victim 3," whose
identity is known to the Grand Jury, resulted from the use of the controlled
substance so distributed, in violation of the enhanced penalty provisions of Title
21, United States Code, Section 841(b)(1)(C).

## Forfeiture Allegations

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

under Title 21, United States Code, Section 853(p).

**This is a True Bill.**


/s/ Grand Jury Foreperson
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

/s/ Benjamin Coats
Benjamin Coats
Chief, Drug Task Force Unit

/s/ Thomas Franzinger
Thomas Franzinger
Assistant United States Attorney

Dated: October 1, 2024

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | Case: 2:24-cr-20558<br>Assigned To : Grey, Jonathan J.C.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 10/1/2024<br>Description: IND USA V AERIAN PORTER-CRAIG (SS) |

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co. .**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes      ☒ No | **AUSA's Initials:** |

**Case Title:** USA v.  Aerian Porter-Craig

**County where offense occurred :**  Wayne

**Check One:**      ☒ Felony            ☐ Misdemeanor            ☐ Petty

_____ Indictment/_____ Information --- **no** prior complaint.
  ✓ Indictment/_____ Information --- based upon prior complaint [Case number: 24-mj-30385          ]
_____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 1, 2024
Date

Thomas Franzinger, Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Fax:   313-226-3265
E-Mail address: Thomas.Franzinger2@usdoj.gov
Attorney Bar #: DC1005000

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.