# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 24-CR-20558 |
| | ) | |
| Plaintiff, | ) | Hon. Jonathan J.C. Grey |
| | ) | |
| v. | ) | |
| | ) | |
| AERIAN PORTER-CRAIG, | ) | |
| | ) | |
| Defendant. | ) | |

_____/

## MOTION TO FILE
## SENTENCING MEMORANDUM ON
## <u>BEHALF OF AERIAN PORTER-CRAIG UNDER SEAL</u>

The Defendant, Aerian Porter-Craig, by her undersigned attorney, respectfully requests leave from the Court to file a Sentencing Memorandum under seal.   Defendant Aerian Porter-Craig is scheduled to be sentenced on April 30, 2026.   Defendant's Sentencing Memorandum will discuss sensitive, personal information about the Defendant that, if public, would affect the privacy interests of her, her family and her five minor children.

Defendant's counsel has conferred with the Attorneys for the Plaintiff, on this motion, who does not object.

Wherefore, the Defendant, Aerian Porter-Craig requests that the Court seal

Defendant's Sentencing Memorandum under further Order of the Court.

Respectfully submitted,

**HANEY LAW GROUP, PLLC**

/s/ Steven A. Haney, Sr.
**STEVEN A. HANEY, SR. (P63947)**
HANEY LAW GROUP, PLLC
22815 Kelly Road
Eastpointe, Michigan 48021
(248) 414-1470
steve@haneygroup.net
Attorney for Defendant Aerian Porter-Craig

Dated: April 22, 2036

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, I electronically filed the foregoing Sentencing Memorandum with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including Assistant United States Attorney Thomas Franzinger, and to U.S. Probation Officer Jennifer E. Paskiewicz.

/s/ Steven A. Haney, Sr.
**STEVEN A. HANEY, SR. (P63947)**